UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

KAREEM MAYO,

                                    Plaintiff,

        -against-

THE CITY OF NEW YORK, and ANTHONY PITRE, in
his individual and official capacity,

                                    Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

24-cv-6403

        **PLEASE TAKE NOTICE** that John McLaughlin, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for defendants the City of New York and Anthony Pitre. All future notifications should be forwarded to the undersigned.

Dated:       New York, New York
                September 24, 2025

                                                MURIEL GOODE-TRUFANT
                                                Corporation Counsel of the City of
                                                   New York
                                                *Attorney for Defendants*
                                                100 Church Street,
                                                New York, New York 10007
                                                P: (212) 356-2670

                                          By:   *John McLaughlin* /s/
                                                  John McLaughlin, Esq.
                                                  *Assistant Corporation Counsel*

Cc:       **VIA ECF**
            *All counsel of record.*