

| MURIEL GOODE-TRUFANT<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | HANNAH V. FADDIS<br>*Assistant Deputy Chief of Trials*<br>phone: (212) 356-2486<br>fax: (212) 356-1148<br>hfaddis@law.nyc.gov |
|---|---|---|

January 13, 2026

**VIA ECF**
Hon. Seth D. Eichenholtz
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Donnell Perkins v. City of New York, et al.,
                24-CV-6366 (AMD)(SDE)

                Kareem Mayo v. City of New York, et al.,
                24-CV-6403 (AMD)(SDE)

Your Honor:

      I am one of the attorneys assigned to represent the defendants in the above-captioned matters. Defendants write to respectfully request a one-week enlargement of time to respond to the Court's settlement recommendations from January 15 to January 22, 2026. Plaintiffs' counsel for both matters consent to this request.

      The enlargement request is made to provide the NYC Office of the Comptroller additional time to complete their review of these matters in connection with the Court's recommendations.

      Defendants thank the Court for its time and consideration herein.

                                              Respectfully submitted,

                                              /s/
                                              Hannah V. Faddis
                                              Special Federal Litigation Division

cc:    **VIA ECF**
        *All Counsel of Record*