UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------- x

KAREEM MAYO,

                                              Plaintiff,

                    -against-

CITY OF NEW YORK, DETECTIVE ANTHONY J. PITRE,

                                              Defendants.

-------------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

24-CV-6403 (AMD) (SDE)

     **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

     **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
     6/20         , 2026

LAW OFFICE OF RONALD L. KUBY
*Attorneys for Plaintiff*
119 West 23rd Street, Suite 900
New York, NY 10011
(212) 529-0223

By: _____
    Ronald L. Kuby
    *Attorney for Plaintiff*

STEVEN BANKS
Corporation Counsel of the
    City of New York
*Attorney for Defendants City of New York*
    *and Pitre*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Hannah V. Faddis
*Special Federal Litigation Division*

SO ORDERED:

_____
HON. ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE

Dated: _____, 2026

2